TUSKA v. HELLER, HIRSCH & CO. et al. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Benjamin Tuska against Heller, Hirsch & Co. impleaded with others. C. S. Stern, for appellant. N. D. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve

amended complaint within 20 days after entry and service of order herein. Order filed. See, also, 125 N. Y. Supp. 182.